# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

GLENN DAMOND

VERSUS

THOMAS W. REEDY, ET AL.

CIVIL ACTION

18-647-SDD-EWD

## RULING AND JUDGMENT OF DISMISSAL

The Court has carefully considered the *Complaints*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Erin Wilder-Doom dated September 24, 2018 to which the Plaintiff filed an objection[3] which was also reviewed and considered.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**Accordingly**, the Plaintiff's suit is hereby dismissed with prejudice.

Baton Rouge, Louisiana the 13 day of December, 2018.

SHELLY D. DICK, CHIEF DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Docs. 1 and 18.
[2] Rec. Doc. 20.
[3] Rec. Doc. 22.